**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 13-cv-0782-WJM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$10,005.00 IN UNITED STATES CURRENCY,

    Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

This matter is before the Court on the Government's Unopposed Motion for Final Order of Forfeiture filed November 8, 2013 (ECF No. 21). The Court having reviewed the Motion FINDS as follows:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Anthony Yu have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant property have been filed;

THAT forfeiture of $8,505.00 of defendant $10,005.00 in United States Currency

shall enter in favor of the United States;

THAT the United States shall return to claimant Anthony Yu $1,500.00 of defendant $10,005.00 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

It is therefore ORDERED

THAT forfeiture of $8,505.00 of defendant $10,005.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement (ECF No. 21-1);

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated this 13th day of November, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge