IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00782-WJM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$10,005.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

## **FINAL JUDGMENT**

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge William J. Martinez, the following JUDGMENT is hereby entered:

1.    That forfeiture of the following defendant property, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881:

    $8,505.00 of defendant $10,005.00 in United States Currency.

2.    That the United States shall have full and legal title as to the above described defendant property and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3.    That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the above described defendant property under 28 U.S.C. § 2465.

Done at Denver, Colorado this 13th day of <u>November</u>, 2013.

                            JEFFREY P. COLWELL
                            Clerk of the U.S. District Court

                  By:    s/E. Butler, Deputy Clerk
                            Deputy Clerk